| | | |
|---|---|---|
| | AUSA: Eric Straus | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: Wayne Williams | Telephone: (866) 347-2423 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Nicolas Ferando ACEVEDO-ORMAZABAL

Case No. 25-30155

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 10, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18, United States Code, Section 1546(a) | False Visa or Immigration Document |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Wayn Watts_
Complainant's signature

Wayne Williams BPA
Printed name and title

Sworn to before me and signed in my presence.

Date: March 19, 2025

City and state: Detroit, Michigan

_(signed)_
Judge's signature

Hon. Anthony P. Patti United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Nicolas Ferando ACEVEDO-ORMAZABAL, which reveals the following:

2. Nicolas Ferando ACEVEDO-ORMAZABAL is a thirty-five-year-old male, native and citizen of Chile, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about August 6, 2020, Nicolas Ferando ACEVEDO-ORMAZABAL enter the United States through Miami International Airport form Santiago, Chile. He entered as a Visa Waiver visitor for pleasure or tourism.

4. On or about November 3, 2020, Nicolas Ferando ACEVEDO-ORMAZABAL admission into the country was expired and he was to leave the country.

5. On or about February 22, 2021, Nicolas Ferando ACEVEDO-ORMAZABAL left the United States via flight from Atlanta Georgia to Santiago, Chile.

6. On or about April June 8, 2024, Nicolas Ferando ACEVEDO-ORMAZABAL admitted to entering the United Sates without inspection on foot near Swanton, Vermont.

7. On or about March 10, 2025, Nicolas Ferando ACEVEDO-ORMAZABAL was arrested by U.S. Border Patrol during and call for assistance on a vehicle stop with Utica Police Department. He was found to be in possession of a fake Permanent Resident Card with his photograph and the name Matias Cisternas.

8. On or about March 10, 2025, Nicolas Ferando ACEVEDO-ORMAZABAL told Border Patrol Agent during the traffic stop that he uses the Permanent Resident Card to gain employment. He was found to be in possession of a pay role check in the name on the Permanent Resident Card.

9. Nicolas Ferando ACEVEDO-ORMAZABAL fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that Nicolas Ferando ACEVEDO-ORMAZABAL is a citizen of Chile with the foregoing immigration history who has previously left from the United States. The record checks did not provide any evidence that

Nicolas Ferando ACEVEDO-ORMAZABAL legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. Review of the Alien File (A# xxx xxx 190) for Nicolas Ferando ACEVEDO-ORMAZABAL and queries in Department of Homeland Security databases confirm no record exists of Nicolas Ferando ACEVEDO-ORMAZABAL obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following him leaving the country on February 22, 2021.

12. Based on the above information, I believe there is probable cause to conclude that Nicolas Ferando ACEVEDO-ORMAZABAL, is an alien who was found in the United States, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States. I believe that there is probable cause to conclude that Nicolas Ferando ACEVEDO-ORMAZABAL used the fake Permanent Resident Card to gain employment and defraud the United States government in violation of Title 18, United States Code, Section 1546(a).

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

March 19, 2025